UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KYLE BRANDON RICHARDS**, Plaintiff, vs. **GRETCHEN WHITMER, ET AL.**, Defendant. | 2:20-CV-11805-TGB-APP **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |

  This is a *pro se* civil rights complaint filed under 42 U.S.C. §1983. Plaintiff Kyle Brandon Richards is a state prisoner confined at the Baraga Correctional Facility in Baraga, Michigan. On, July 15, 2020, this Court entered an order transferring Plaintiff's case to the United States District Court for the Western District of Michigan. ECF No. 3. On April 26, 2021, Plaintiff filed a motion for preliminary injunction against non-defendant the United States and Governor Gretchen Whitmer to "immediately cease all 'forecasting' of this case, unless parties are present, and to immediately identify all parties and associations that are involved in either 'remote viewing' or 'forecasting' of this controversy." ECF No. 5, PageID.69. The motion contains no legal reasoning or case law and appears to be a lengthy pseudo-philosophical harangue bordering on nonsense. It is frivolous, and can be denied for that reason.

1

However, this case is no longer under this Court's jurisdiction because it has been transferred to the Western District of Michigan. Consequently, the motion is **DENIED**. Any motions Plaintiff may wish to file in that case should be filed in the United States District Court for the Western District of Michigan, Case No. 20-00122.

**IT SO ORDERED.**

| | |
|---|---|
| Dated: November 30, 2021 | s/Terrence G. Berg<br>TERRENCE G. BERG<br>UNITED STATES DISTRICT JUDGE |

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on November 30, 2021.

s/A. Chubb<br>
Case Manager